RALEIGH WILBUR HARTMAN v. ELSIE H. HARTMAN

No. 528A86

(Filed 7 April 1987)

APPEAL by defendant pursuant to N.C.G.S. 7A-30(2) from a divided decision of the Court of Appeals, 82 N.C. App. 167, 346 S.E. 2d 196 (1986), insofar as it affirmed an equitable distribution order entered by the FORSYTH County District Court, *Judge Gatto* presiding, on 4 October 1985.

*Morrow, Long and Black by John F. Morrow and Clifton R. Long, Jr. for plaintiff appellee.*

*Petree, Stockton & Robinson by W. Thompson Comerford, Jr. and Jane C. Jackson for defendant appellant.*

PER CURIAM.

Affirmed.

Justices WEBB and WHICHARD took no part in the consideration or decision of this case.